IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| THE REYNOLDS & REYNOLDS COMPANY, INC.<br>ONE REYNOLDS WAY<br>KETTERING, OH 45430 | : <br> : <br> : <br> : <br> : | CASE NO. 3:19-cv-00276<br><br>DISTRICT JUDGE THOMAS M. ROSE |
| Plaintiff, | : <br> : | |
| vs. | : <br> : | |
| ALAN VINES AUTOMOTIVE OF JACKSON, LLC.<br>508 GRAND OAKS DRIVE<br>BRENTWOOD, TN 37027 | : <br> : <br> : <br> : <br> : | <u>FINAL JUDGMENT</u> |
| Defendant. | : <br> : | |

This matter came before the Court on Plaintiff's Petition/Motion to Confirm Arbitration Award. The Court finds that it has jurisdiction over the parties and subject matter involved. The Court finds that the Award has not been vacated, modified, or corrected, nor has a motion been filed seeking such relief. The Award must be confirmed and judgment entered thereon.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff, The Reynolds & Reynolds Company, Inc. shall take final judgment against Defendant, Allen Vines Automotive of Jackson, LLC in the amount of $418,185.09 for breach of contract.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff, The Reynolds & Reynolds Company, Inc. shall take final judgment against Defendant Alan Vines Automotive of Jackson, LLC in the amount of $77,397.00 for attorneys' fees and expenses and $27,156.65 for arbitration expenses.

THEREFORE, Plaintiff, The Reynolds & Reynolds Company, Inc. shall take final judgment against Defendant Alan Vines Automotive of Jackson, LLC in the total amount of $522,738.74, plus interest at the rate of 5% per annum from March 15, 2019.

All relief not expressly granted is hereby denied. This is a final judgment.

Signed this __13th__ day of __December__, 2019.

                                             s/Thomas M. Rose
                                       **DISTRICT JUDGE THOMAS M. ROSE**